# Court of Appeals
# of the State of Georgia

ATLANTA,  September 10, 2018

*The Court of Appeals hereby passes the following order:*

## A19E0007.  FORD MOTOR COMPANY et al. v. KIM HILL et al.

Upon consideration of the plaintiffs/appellees' emergency motion to dismiss defendant/appellant's notice of appeal from the trial court's order entered on July 19, 2018, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/10/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*